

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-16-00069-CR

Delmis Edmond **SHIELDS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5475
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file their brief is granted. The appellant's brief is due on July 1, 2016. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court